IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ANGELA CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-0204-CV-W-BCW |
| | ) |
| MARTIN O'MALLEY, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

pursuant to Section 405(g), the Commissioner of Social Security's determination is REVERSED AND REMANDED to the Commissioner for proceedings consistent with this Order.

March 26, 2024                               Paige Wymore-Wynn
Date                                              Clerk of Court

                                                                           /s/ Tracy L. Diefenbach
                                                                           (by) Deputy Clerk